

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00792-CV

**BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE,**
Appellant

v.

Frank **HERNANDEZ**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14755
Honorable Laura Salinas, Judge Presiding

# O R D E R

On November 13, 2014, appellant filed a Notice of Appeal complaining of the trial court's denial of its plea to the jurisdiction, which appellant contends was signed by the trial court on October 24, 2014. The judge's note contained in the clerk's record states the plea was denied; however, this note does not constitute a signed written appealable order. Attempts by the clerk of this court to obtain a written order from the trial court or the parties have been unsuccessful.

Appellant is therefore ORDERED to have filed a supplemental clerk's record containing a written, signed, and dated order from the trial court that denies appellant's plea to the jurisdiction <u>no later than December 29, 2014</u>. If a supplemental clerk's record containing such an order is not filed by December 29, 2014, this appeal will be dismissed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court